

FILED

05/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0240

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0240

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TIMOTHY JOHN LONG JAW,

      Defendant and Appellant.

O R D E R

_____

Appellant Timothy John Long Jaw[1] moves this Court, pursuant to M. R. App. P. 16(1), "for all (Discovery)!" (Emphasis in original.) Long Jaw cites to his criminal case Cause No. DC-09-646 from the Fourth Judicial District Court, Missoula County.

Long Jaw appeals a March 8, 2024 Order, where the Missoula County District Court determined that Long Jaw's "filings are procedurally barred and must be DENIED." The District Court explained that Long Jaw filed multiple pleadings requesting "that the court rule on various topics, most of which were the subject of pretrial motions and briefs filed in 2010." The District Court pointed out that the court ruled on every issue Long Jaw has raised in these pleadings and requests. The District Court concluded that his pleadings and filed papers have wasted his time and the court's time; moreover, the court directed the clerk not to file them as the court will not entertain future requests.

Long Jaw is not entitled to his motion, as this Court does not entertain discovery requests. Discovery is governed by the Montana Rules of Civil Procedure in application to Montana's district courts. M. R. Civ. P. 1.

_____

[1] Long Jaw's prior appeals combined his last name as Longjaw.



FILED

MAY 2 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Further, we conclude upon review that Long Jaw's instant appeal is not proper. Long Jaw has had two appeals concerning his criminal conviction and sentence. In 2011, Long Jaw appealed his convictions and sentences. *Longjaw v. State*, 2012 MT 243, ¶ 1, 5, 366 Mont. 472, 288 P.3d 210 (*Longjaw I*).[2] We affirmed Longjaw's conviction for sexual intercourse without consent and reversed his conviction for aggravated burglary. *Longjaw I*, ¶ 24, 25.

Longjaw appealed from the District Court's order that dismissed his petition for postconviction relief in 2014. *Longjaw v. State*, No. DA 14-0413, 2015 MT 173N, 2015 Mont. LEXIS 349 (Jun. 23, 2015) (*Longjaw II*). The District Court required a response from the State on Longjaw's issue of ineffective assistance of counsel for failure to obtain a medical expert. *Longjaw II*, ¶¶ 4-5. We affirmed the District Court, based upon its analysis of the record and application of the law to the facts. *Longjaw II*, ¶¶ 2, 6, 9.

Montana statutes define the scope of an appeal by a defendant. "An appeal may be taken by the defendant only from a final judgment of conviction and orders after judgment which affect the substantial rights of the defendant." Section 46-20-104(1), MCA. The doctrines of finality arise here. "In contrast to res judicata, collateral estoppel bars relitigation of an issue of fact or law previously litigated in a prior proceeding by the same parties or their privies, whether under the same or a different legal claim." *State v. Huffine*, 2018 MT 175, ¶ 16, 392 Mont. 103, 422 P.3d 102 (citations omitted). Long Jaw has had his appeals. Sections 46-20-104(1), and 46-21-203, MCA. Based on the doctrine of collateral estoppel and because the court's recent order does not affect his substantial rights, Long Jaw's appeal should be dismissed. Accordingly,

IT IS ORDERED that:

1. Long Jaw's Motion for all Discovery is DENIED; and

2. *Sua sponte,* Long Jaw's appeal is DISMISSED with prejudice.

---

[2] Longjaw, representing himself, filed the Notice of Appeal in that case, resulting in an incorrectly stated caption. It should have been stated as *State v. Longjaw*, as reflected in the District Court's order and register of actions. This Court later appointed counsel for briefing in that case.

The Clerk is directed to provide a copy of this Order to counsel of record and to Timothy John Long Jaw personally.

DATED this 29 day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices